STATE OF NEW JERSEY v. KALDUN EL HOMSI.

May 12, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GIBSON.

May 12, 1986.

Petition for certification denied.

GEORGE E. BALL, ETC., ET AL.

v.

STATE OF NEW JERSEY, DEPARTMENT OF LAW
AND PUBLIC SAFETY.

May 12, 1986.

Petition for certification denied. (See 207 *N.J.Super.* 100)

GEORGE E. BALL, ETC., ET AL.

v.

STATE OF NEW JERSEY, DEPARTMENT OF LAW
AND PUBLIC SAFETY.

May 12, 1986.

Cross-petition for certification denied. (See 207 *N.J.Super.* 100)